UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1013 DWF/AJB

UNITED STATES OF AMERICA,

Plaintiff,

v.

JANETTE MADIGAN,

Defendant,

US BANK,

Garnishee.

**GARNISHMENT ORDER**

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant has no funds or a bank account.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on July 2, 2004, is hereby released.

Dated: July 21, 2004

s/Arthur J. Boylan
Arthur J. Boylan, Magistrate Judge
United States District Court